**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| ROBERT EMERSON, | Civil No. 07-4272 (JRT/JJK) |
| Plaintiff, | |
| v. | |
| | **ORDER ADOPTING REPORT** |
| MICHAEL J. ASTRUE, Commissioner | **AND RECOMMENDATION** |
| of Social Security, | |
| Defendant. | |

---

Randall J. Fuller, **MIDWEST DISABILITY, P.A.**, 408 Northdale
Boulevard, Minneapolis, MN 55448, for plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, **OFFICE OF THE
UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600,
Minneapolis, MN 55415, for defendant.

Plaintiff Robert Emerson filed this action on October 17, 2007, seeking review of

a decision by the Social Security Administration.   After Emerson failed to serve

defendant Michael J. Astrue, the Commissioner of Social Security, within 120 days of

filing his complaint, Astrue moved to dismiss this action without prejudice for lack of

prosecution.  *See* Fed. R. Civ. P. 4(m).  Emerson did not respond to Astrue's motion, and

did not respond after United States Magistrate Judge Jeffrey J. Keyes issued an order to

show cause why the case should not be dismissed.  (*See* Docket No. 7.)  On August 20,

2008, Magistrate Judge Keyes issued a Report and Recommendation recommending that

Emerson's action be dismissed without prejudice.   Emerson has not objected to that

Report and Recommendation or otherwise responded to these proceedings since filing his

-2-

initial complaint. Accordingly, this Court adopts the Report and Recommendation of the Magistrate Judge and dismisses this action without prejudice.

**ORDER**

Based on the foregoing records, files, and proceedings herein, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [Docket No. 9] is **ADOPTED**. **IT IS HEREBY ORDERED** that

1.      Astrue's motion to dismiss [Docket No. 2] is **GRANTED**.

2.      Emerson's complaint [Docket No. 1] is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  December 15, 2008                   ___s/ John M. Tunheim_____
at Minneapolis, Minnesota.                          JOHN R. TUNHEIM
                                                    United States District Judge